THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:11cr79

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| CHAD WILLIAM CARLTON. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Count One [Doc. 10].

Pursuant to Federal Rule of Criminal Procedure 48(a), the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that Count One of the Bill of Indictment [Doc. 1] filed on October 4, 2011 is hereby **DISMISSED** without prejudice.

Signed: November 23, 2011

Martin Reidinger
United States District Judge